# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID M. LANTING | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:13-CV-0750 |
| | ) | JURY DEMAND |
| CONVERGYS CUSTOMER MANAGEMENT GROUP INC., | ) ) ) | Judge William J. Haynes, Jr. |
| Defendants. | ) ) ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.01(f)(1), the undersigned files an appearance in this case on behalf of Defendant, Convergys Customer Management Group Inc. It is hereby requested that all matters which must be noticed to Plaintiff or Defendant or to any other parties-in-interest, and all other notices in this case, whether sent by the Court, or any other party-in-interest in this case, be sent electronically to the undersigned at the following email address: mmontgomery@fbtlaw.com

Respectfully Submitted,

s/ Mekesha H. Montgomery
Mekesha H. Montgomery (#25831)
FROST BROWN TODD LLC
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
615-251-5550
615-251-5551 (fax)

*Attorney for Convergys Customer Management Group Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.01, it is hereby certified that service of a true and correct copy of the foregoing has been made upon the following filing users through the ECF System on this the 3rd day of September, 2013.

>Kathryn W. Olita
>Erik Fuqua
>BATSON NOLAN PLC
>121 South Third Street
>Clarksville, TN 37040
>kwolita@batsonnolan.com
>efuqua@batsonnolan.com

> s/ Mekesha H. Montgomery
> Mekesha H. Montgomery

NSHLibrary 1160264.0597794   331674vv1