# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID M. LANTING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-cv-00750 |
| | ) | |
| CONVERGYS CUSTOMER | ) | Judge Haynes |
| MANAGEMENT GROUP INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT CONVERGYS CUSTOMER MANAGEMENT GROUP INC.

Pursuant to Local Rule 7.02[1], Defendant Convergys Customer Management Group Inc.

makes the following disclosures:

1.    All parent corporations, if any, of the named party:

None.

2.    All publicly held companies, if any, that own ten percent (10%) or more of the

named party's stock:

None.

---

[1] Local Rule 7.02 provides: "Any non-governmental corporate party shall file a Corporate Disclosure Statement identifying all its parent corporations and listing any publicly held company that owns ten percent (10%) or more of the party's stock.  A party shall file the Corporate Disclosure Statement as a separate document with its initial pleading, or other initial Court filing, and shall supplement the Corporate Disclosure Statement within a reasonable time of any change in the information."

Respectfully submitted,

FROST BROWN TODD LLC


s/   Mekesha H. Montgomery
Mekesha H. Montgomery (BPR No.025831)
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
(615) 251-5550
mmontgomery@fbtlaw.com

*Attorney for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the Court's ECF system, this 30th day of September, 2013:

Kathryn W. Olita
Erik Fuqua
BATSON NOLAN PLC
121 South Third Street
Clarksville, TN 37040
kwolita@batsonnolan.com
efuqua@batsonnolan.com


s/   Mekesha H. Montgomery


NSHLibrary 1160264.0609461   335273v1