IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID M. LANTING, ) | |
| ) | |
| Plaintiff, ) | No.: 3:13-CV-00750 |
| ) | |
| v. ) | JUDGE HAYNES |
| ) | |
| CONVERGYS CUSTOMER MANAGEMENT ) | |
| GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

**PROPOSED AGREED ORDER FOR PRELIMINARY DISCOVERY**

Pursuant to the Court's direction at the December 2, 2013 Case Management Conference, the parties have agreed to 90-day period in which to conduct limited discovery in an attempt to position the matter for resolution as follows.

1. By January 2, 2014 the parties will exchange written discovery. Both document requests and interrogatories shall be limited to 15 each for both parties and answered by February 3, 2014. In the event of a discovery dispute, the parties agree to submit the dispute to the Magistrate Judge for resolution in lieu of written motions.

2. By February 3, 2014, the parties will have set a date for Plaintiff's deposition, which must occur on or before March 3, 2014.

3. By March 3, 2014, the parties will have conferred to determine if additional discovery is necessary. If required, the parties will submit a request for a second Case Management Conference and submit to the Court in advance a proposed Case Management Order.

It is so **Ordered**.

**Entered** this the _____ day of _____, 2013.

                                        _____
                                        WILLIAM J. HAYNES, JR.
                                        United States District Judge

Approved for Entry:

| /s/Kathryn W. Olita | /s/ Mekesha H. Montgomery |
|---|---|
| Kathryn W. Olita (#23075) | Mekesha H. Montgomery (#25831) |
| Erik Fuqua (#29972) | Attorney for Defendant |
| Attorneys for Plaintiff | Frost Brown Todd LLC |
| 121 South Third Street | 150 3rd Avenue South, Suite 1900 |
| Clarksville, TN 37040 | Nashville, TN 37201 |
| (931) 647-1501 / (931) 553-0153 (fax) | (615) 251-5550 / (615) 251-5551 (fax) |
| kwolita@batsonnolan.com | mmontgomery@fbtlaw.com |
| efuqua@batsonnolan.com | |

NSHLibrary 1160264.0609461   347109v1